MARGARET DAWSON, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.